IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cv-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendants.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines (Doc. # 32). The Court has reviewed this motion and the case file, and the reasons set forth in the motion, specifically:

1. Defense counsel has not received all discovery.

2. Defense counsel needs additional time to review and catalogue the discovery that has just recently been produced.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the motion outweigh the best interests of the public and the Defendant in a speedy trial. It is, therefore,

ORDERED that Defendant's Unopposed Motion to Exclude 90 Days from the Speedy Trial Act and Reset Trial Dates and Deadlines (Doc. # 32) is GRANTED and the

Court hereby grants an ends of justice continuance in this case of <u>90 days, which shall be excluded from the speedy trial clock, which currently stands at May 25, 2019</u>.  It is

ORDERED that pretrial motions are due by July 1, 2019.  Responses due by July 15, 2019.  If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed.  No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for April 25, 2019, VACATED and RESET to August 6, 2019, at 11:00 AM.  It is

FURTHER ORDERED that five-day jury trial set to begin on May 6, 2019, is VACATED and RESET to August 19, 2019, at 8:30 AM.

DATED:  March 26, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge