IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LEONARD L. LUTON,

       Defendant.

___

NOTICE OF APPEARANCE
___

       The Office of the Federal Public Defender, by and through undersigned counsel hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       s/ Kelly Christl
       KELLY CHRISTL
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Kelly_Christl@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, AUSA
    Email: Martha.Paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Leonard Luton    (via Mail)
    Reg. No. 45133-013
    c/o Federal Detention Center

    s/ Kelly Christl
    KELLY CHRISTL
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Kelly_Christl@fd.org
    Attorney for Defendant