IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

## PARTIES' JOINT MOTION TO EXTEND THE MOTIONS DEADLINE

    The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch, and Sarah H. Weiss, Assistant United States Attorneys, and the defendant, Leonard Luton, personally and through counsel, Assistant Federal Public Defender Laura Suelau, hereby submit the following joint motion to extend the pretrial motions deadlines currently set in this case. In support of this motion, the parties state as follows:

    1.    Pretrial motions are due July 1, 2019 and responses are due July 15, 2019.

    2.    To date, the government has produced 1) 5,301 pages of discovery; 2) videos; 3) audios; 4) spreadsheets; 5) 113 gigabytes of phone extraction data (entire copies of phones), which includes Cellebrite reports for three cell phones; and 6) has made available for inspection an additional 207 gigabytes of phone extraction data for a fourth cell phone.

3. In addition, the government anticipates providing to defense counsel next week images of 15 electronic devices: two laptops, two cell phones, two external hard drives and nine thumb drives. These devices were recovered from the vehicle the defendant drove to Colorado. The government also anticipates soon providing to defense counsel the results of the search of the defendant's Apple iCloud account as well as Google account activity.

4. Given the volume of discovery in this case, it is necessary for defense counsel to have additional time to review this evidence prior to filing pretrial motions. Therefore, the parties are jointly requesting that the pretrial motions deadline be extended **from July 1, 2019 to July 15, 2019,** and that the response date be extended **from July 15, 2019 to July 26, 2019,** provided these dates will allow the Court sufficient time to resolve any pretrial matters prior to the August 19, 2019 trial date.

Dated this 13th day of June, 2019.

Respectfully submitted,

JASON R. DUNN
United States Attorney

/s *Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on this 13th day of June, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

   /s *Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov