**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No:  19-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEONARD LUTON,
       *a/k/a Leonard L. Luton,*

       Defendant.

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:     The clerk of court and all parties of record

       I hereby certify that I am a member in good standing of the bar of this court,

and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 17th day of June, 2019.

             JASON R. DUNN
             United States Attorney


      By:    s/*Sarah H. Weiss*_____
             SARAH H. WEISS
             Assistant United States Attorney
             United States Attorney's Office
             1801 California Street, Suite 1600
             Denver, Colorado 80202
             Telephone: 303-454-0100
             Fax: 303-454-0405
             Email: sarah.weiss@usdoj.gov
             Attorney for the Government