IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cv-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO EXCLUDE TIME FROM THE SPEEDY TRIAL ACT, RESET TRIAL DATES AND DEADLINES, AND SET STATUS CONFERENCE**

---

This matter is before the Court on Defendant Leonard Luton's Unopposed Motion to Exclude Time from the Speedy Trial Act, Reset Trial Dates and Deadlines, And Set Status Conference (Doc. # 49). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion, specifically:

- A Superseding Indictment was filed against Defendant Luton on July 10, 2019 (Doc. # 45; Doc. # 49 at 3, ¶ 6);

- defense counsel needs additional time to review a significant amount of recently obtained discovery, including 8 terabytes of data from over 15 devices and additional recorded phone calls in conjunction with 1,312 recorded phone calls ranging from 1 to 15 minutes in length (Doc. # 49 at 3, ¶ 6);

- defense counsel needs additional time to facilitate translation or interpretation of

- the discovery because a significant amount of the phone calls, text messages, e-mails, and other applications contain Jamaican Patoios or Creole language (*Id.* at 3, ¶ 7);
- to effectively investigate the claims and prepare for trial, defense counsel needs additional time to try to interview and communicate with alleged victims, witnesses, and the Co-Defendant who are located in Estes Park, Colorado, Michigan, New York, New Jersey, Pennsylvania, and Jamaica (*Id.* at 3–4, ¶ 8);
- preparation for trial may involve travel to Jamaica, which will require burdensome administrative work to ensure the safety of defense counsel (*Id.* at 4, ¶ 8);
- The lottery-scheme claims present unusual and novel issues for the District of Colorado, which may include expert testimony (*Id.* at 4, ¶ 9); and
- The Government does not oppose the Motion as long as the amount of excluded time requested does not amount to more than 90 days (*Id.* at 7, ¶ 20).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and Mr. Luton in a speedy trial. It is, therefore,

ORDERED that Defendant Luton's Unopposed Motion to Exclude Time from the Speedy Trial Act, Reset Trial Dates and Deadlines, and Set Status Conference (Doc. # 49) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of <u>90 days, which shall be excluded from the speedy trial clock, which currently stands at **September 18, 2019**</u> as a result of the Superseding Indictment pursuant to 18 U.S.C. § 3161(d)(1). It is

FURTHER ORDERED that a Status Conference is SET for **September 26, 2019, at 4:00 PM**. It is

FURTHER ORDERED that motions are due by **September 30, 2019**. Responses are due by **October 14, 2019**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendants and counsel for the Government shall confer and e-mail Chambers at arguello_chambers@cod.uscourts.gov to set such a hearing. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **August 6, 2019, at 11:00 AM**, is VACATED and RESET to **October 24, 2019, at 3:00 PM**. It is

FURTHER ORDERED **that the five-day** jury trial set to begin on **August 19, 2019,** is VACATED and RESET to **November 4, 2019, at 8:30 AM**.

DATED:  July 18, 2019

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge