**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT

---

Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, hereby enters his appearance as counsel of record for the above-named Defendant and further requests that all future documents, pleading, notices and other matters be directed to the address and telephone number set forth below.

Respectfully submitted this 13th Day of September, 2019.

    SCABAVEA & ASSOCIATES, LLC

    s/ Mark E. Scabavea
    MARK EDWARD SCABAVEA
    301 Sheridan Blvd.
    Lakewood, Colorado 80226
    Office: (707) 592-5571
    markscabavea@icloud.com

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on September 13, 2019, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                                                             s/ Mark E. Scabavea
                                                                             MARK EDWARD SCABAVEA
                                                                             301 Sheridan Blvd.
                                                                             Lakewood, Colorado 80226
                                                                             Office: (707) 592-5571
                                                                             markscabavea@icloud.com