IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD LUTON,

        Defendant.

_____

**MOTION TO WITHDRAW AS COUNSEL
AND REQUEST FOR TERMINATION OF ELECTRONIC SERVICE**
_____

        The Officer of the Federal Public Defender, through Laura Suelau and Kelly Christl, Assistant Federal Public Defenders, move to withdraw as appointed counsel for the defendant, Leonard Luton, and requests termination of electronic service in the above-captioned case.

        Mr. Luton has retained private counsel, Mark Scabavea, who entered his appearance on September 13, 2019. Doc. 62.

//

//

//

//

//

//

//

Wherefore, the undersigned respectfully moves this Court for an Order allowing the Office of the Federal Public Defender to withdraw as appointed counsel for Leonard Luton, and termination of electronic service in this case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Laura Suelau
        LAURA SUELAU
        Assistant Federal Public Defender


        s/Kelly Christl
        KELLY CHRISTL
        Assistant Federal Public Defenders
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        laura.suelau@fd.org
        kelly.christle@fd.org
        Attorneys for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, AUSA
    Martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Leonard Luton (U.S. Mail)
    Reg. No. 45133-013
    c/o Federal Detention Center

                                          s/Laura Suelau
                                          LAURA SUELAU
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          laura.suelau@fd.org
                                          Attorney for Defendant