IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEONARD LUTON,

      Defendant.

**ORDER GRANTING UNOPPOSED MOTION TO VACATE NOVEMBER 4, 2019 TRIAL DATE, VACATE ALL TRIAL-RELATED DEADLINES, AND EXCLUDE 30 DAYS FROM THE SPEEDY TRIAL CLOCK**

    This matter is before the Court on Defendant Leonard Luton's Unopposed Motion to Vacate November 4, 2019 Trial Date, All Trial-Related Deadlines, and Exclude 30 Days from the Speedy Trial Clock (Doc. # 65). The Court has reviewed the Motion, the case file, and the reasons set forth in the Motion, specifically:

- New defense counsel was recently retained and entered his appearance on September 13, 2019 (Doc. # 62);
- defense counsel needs additional time to review discovery, some of which is still being provided to defense counsel (Doc. # 65 at 1–2);
- the amount of discovery is voluminous, including 8,300 pages of investigative reports and subpoenaed records from 19 entities; extraction data from five phones amounting to 319 gigabytes of data; over 350 audio calls and interview

recordings, and 10 terabytes of data within seized media devices, such as laptops and thumb drives recovered from Defendant Luton's vehicles (*id.* at 1–2);

- defense counsel needs additional time to review and analyze such discovery to adequately prepare pretrial motions and defense strategy (*id.* at 4);
- defense counsel needs additional time to discuss such discovery, pretrial motions, and defense strategy with Defendant Luton in order to adequately prepare for and set trial (*id.*); and
- The Government does not oppose the Motion (*id.*).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and Mr. Luton in a speedy trial. It is, therefore,

ORDERED that Defendant Luton's Unopposed Motion to Vacate November 4, 2019 Trial Date, All Trial-Related Deadlines, and Exclude 30 Days from the Speedy Trial Clock (Doc. # 65) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of 30 days, which shall be excluded from the speedy trial clock, which currently stands at **December 17, 2019** as a result of the Court's previous Order, dated July 18, 2019 (Doc. # 50). It is

FURTHER ORDERED that a Status Conference is SET for **October 24, 2019, at 3:00 PM**. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing set for **October 24, 2019, at 3:00 PM**, and the **five-day** Jury Trial set for **November 4, 2019**, are VACATED. It is

FURTHER ORDERED that all trial-related deadlines, including the pretrial motion and response deadlines, are VACATED.

DATED:  September 24, 2019

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge