IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cv-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LEONARD LUTON,

    Defendant.

---

**ORDER GRANTING UNOPPOSED REQUEST FOR A 30-DAY ENDS OF JUSTICE CONTINUANCE**

---

This matter is before the Court on Defendant Leonard Luton's Unopposed Request for a 30-day Ends of Justice Continuance (Doc. # 70). The Court has reviewed Mr. Luton's request, the case file, and the reasons set forth in his request, specifically:

- New defense counsel was recently retained and entered his appearance on September 13, 2019 (Doc. # 62);

- defense counsel needs additional time to review voluminous discovery, including 8,800 pages of investigative reports and subpoenaed records from 27 entities, extraction data from five phones amounting to 319 gigabytes of data, over 350 audio calls and interview recordings, and 10 terabytes of data within seized media devices, such as laptops and thumb drives recovered from Mr. Luton's vehicles (Doc. # 70 at 4–5);

- defense counsel needs additional time to review and analyze such discovery to adequately prepare pretrial motions and defense strategy (*id.* at ¶ 17);

- defense counsel needs additional time to discuss such discovery, pretrial motions, and defense strategy with Mr. Luton in order to adequately prepare for trial (*id.*); and

- the Government does not oppose Mr. Luton's request (*id.* at ¶ 10).

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Request outweigh the best interests of the public and Mr. Luton in a speedy trial. It is, therefore,

ORDERED that Defendant Luton's Unopposed Request for a 30-day Ends of Justice Continuance (Doc. # 70) is GRANTED, and the Court hereby grants an ends of justice continuance in this case for Defendant Luton of <u>30 days, which shall be excluded from the speedy trial clock, which currently stands at **January 16, 2020**</u>, as a result of the Court's previous Order, dated September 24, 2019 (Doc. # 67). It is

FURTHER ORDERED that pretrial motions are due on or before **January 8, 2020**, and responses are due on or before **January 22**, **2020**. It is

FURTHER ORDERED that the Final Trial Preparation Conference/Change of Plea Hearing is SET for **January 30, 2020, at 3:00 PM**. It is

FURTHER ORDERED that an **eight-day** Jury Trial is SET to commence on **February 10, 2020, at 8:00 AM**, with only the first day of trial commencing at **8:30 AM**.

DATED: October 30, 2019

BY THE COURT:

*[signature]*
CHRISTINE M. ARGUELLO
United States District Judge