**N THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARD LUTON,

Defendant.

---

**GOVERNMENT'S *JAMES* PROFFER LOG UNDER FED.R.EVID. 801(d)(2)(E)**

---

The United States of America, by and through Martha A. Paluch and Sarah H. Weiss, Assistant United States Attorneys for the United States Attorney's Office for the District of Colorado (the "government"), hereby submits its *James* Proffer Log.

**SECTION 1: Government's Initial Proffer as to Conspiracy**

The government's initial proffer as to the existence of the conspiracy is set forth in the Government's Memorandum in Support of its *James* Proffer at pages 7-18, filed this same day. The following statements were made by the defendant's co-conspirator, Rajay Dobson, to the defendant via messaging applications. These messages were retrieved from the defendant's cellphone. Certain statements made by the defendant are included for context.

**SECTION 2: Government's Proffer as to Specific Statements**

| Statement # 1 | Declarant | Date | Source | Basis for Admission[1] |
|---|---|---|---|---|
| Dixonreggie1296<br>1296pacific[2] | Luton | 3/1/18 | Cellebrite<br>CELL_00000001 | FRE 801(d)(2)(A)<br>Context for Statement #3 |

| Defendant's Objections to Statement # 1 |
|---|
| |

| Statement # 2 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Jack phone number is 7027262033 | Luton | 3/1/18 | Cellebrite<br>CELL_00000001 | FRE 801(d)(2)(A)<br>Context for Statement #3 |

[1] The letters designated as "Basis for Admission" are those enumerated and fully set forth in the concurrently filed Government's Memorandum in Support of its *James* Proffer at pages 5-6 of that document.
[2] This is the password for the 702-726-2033 number Frank White used to call S.O., which is referenced in Statement # 2.

| Defendant's Objections to Statement # 2 |
|---|
| |

| Statement # 3 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Chop | Dobson | 3/1/18 | Cellebrite CELL_00000001 | a, b, d, e, f. h, i |

| Defendant's Objections to Statement # 3 |
|---|
| |

| Statement # 4 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 1ze082774155097523[3] | Dobson | 7/27/18 | Cellebrite CELL_00000002 | a, b, d, f, g, k |

[3] Numbers such as this that appear throughout this pleading represent tracking numbers for shipments mailed by S.O. using either UPS or Fed Ex.

| Defendant's Objections to Statement # 4 |
|---|
| |

| Statement # 5 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Up top | Luton | 7/27/18 | Cellebrite CELL_00000002 | FRE 801(d)(2)(A) Response to Statement # 4 |

| Defendant's Objections to Statement # 5 |
|---|
| |

| Statement # 6 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 450 Chaplin lane Estes park co 80517 | Dobson | 8/20/18 | Cellebrite CELL_00000005 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 6 |
|---|
| |

| Statement # 7 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782401389797 | Dobson | 8/21/18 | Cellebrite<br>CELL_00000005 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 7 |
|---|
| |

| Statement # 8 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782425727628 | Dobson | 8/22/18 | Cellebrite<br>CELL_00000008 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 8 |
|---|
| |

| Statement # 9 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Chop | Luton | 8/22/18 | Cellebrite<br>CELL_00000008 | FRE 801(d)(2)(A)<br>Response to Statement # 8 |

| Defendant's Objections to Statement # 9 |
|---|
| |

| Statement # 10 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782531341581 | Dobson | 8/29/18 | Cellebrite CELL_00000009 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 10 |
|---|
| |

| Statement # 11 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Kool | Luton | 8/29/18 | Cellebrite CELL_00000009 | FRE 801(d)(2)(A) Response to Statement # 10 |

| Defendant's Objections to Statement # 11 |
|---|
| |

| Statement # 12 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782608227498 | Dobson | 9/4/18 | Cellebrite CELL_00000010 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 12 |
|---|
| |

| Statement # 13 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782658697114 | Dobson | 9/6/18 | Cellebrite CELL_00000011 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 13 |
|---|
| |

| Statement # 14 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Up top | Luton | 9/6/18 | Cellebrite CELL_00000011 | FRE 801(d)(2)(A) Response to Statement # 13 |

| Defendant's Objections to Statement # 14 |
|---|
| |

| Statement # 15 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 782940407140 | Dobson | 9/25/18 | Cellebrite CELL_00000013 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 15 |
|---|
| |

| Statement # 16 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 1225 west eisen hower blvd | Dobson | 10/2/18 | Cellebrite CELL_00000016 | a, b, d, e, f, g |

| Defendant's Objections to Statement # 16 |
|---|
| |

| Statement # 17 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 450 chapin lane Estes Park co 80517 | Dobson | 10/2/18 | Cellebrite CELL_00000020 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 17 |
|---|
| |

| Statement # 18 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Chop | Luton | 10/2/18 | Cellebrite CELL_00000020 | FRE 801(d)(2)(A) Response to Statement # 17 |

| Defendant's Objections to Statement # 18 |
|---|
| |

| Statement # 19 | Declarant | Date | Source | Basis for Admission |
| --- | --- | --- | --- | --- |
| 783366336132 | Dobson | 10/2/18 | Cellebrite CELL_00000024 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 19 |
| --- |
| |

| Statement # 20 | Declarant | Date | Source | Basis for Admission |
| --- | --- | --- | --- | --- |
| 783488291612 | Dobson | 10/30/18 | Cellebrite CELL_00000026 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 20 |
| --- |
| |

| Statement # 21 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 1ze082770190919671 | Dobson | 11/5/18 | Cellebrite CELL_00000028 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 21 |
|---|
| |

| Statement # 22 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Fed? | Luton | 11/5/18 | Cellebrite CELL_00000028 | Question – not hearsay Context for Statement # 23 |

| Defendant's Objections to Statement # 22 |
|---|
| |

| Statement # 23 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| U | Dobson | 11/5/18 | Cellebrite CELL_00000028 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 23 |
|---|
|  |

| Statement # 24 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Tom white | Dobson | 11/6/18 | Cellebrite CELL_00000029 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 24 |
|---|
|  |

| Statement # 25 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Ok | Luton | 11/6/18 | Cellebrite CELL_00000029 | FRE 801(d)(2)(A) Response to Statement # 24 |

| Defendant's Objections to Statement # 25 |
|---|
|  |

| Statement # 26 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 1ze082770190958192 | Dobson | 11/7/18 | Cellebrite CELL_00000029 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 26 |
|---|
|  |

| Statement # 27 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 1ze082770154467290 | Dobson | 11/8/18 | Cellebrite CELL_00000029 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 27 |
|---|
| |

| Statement # 28 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 773793266629 | Dobson | 11/23/18 | Cellebrite CELL_00000030 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 28 |
|---|
| |

| Statement # 29 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| 784048214190 | Dobson | 11/28/18 | Cellebrite CELL_00000030 | a, b, d, e, f, g, k |

| Defendant's Objections to Statement # 29 |
|---|
| |

| Statement # 30 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| So, what he said he was going to do, he is going to max out the card and close them, and order fo-four more. . . .<br>You're going to get one of them, man. | Dobson | 3/6/18 | INV_00002596 | a, b, c, d, e, f, g, h, i, l |

| Defendant's Objections to Statement # 30 |
|---|
| |

| Statement # 31 | Declarant | Date | Source | Basis for Admission |
| --- | --- | --- | --- | --- |
| Yeah, supposed to, because it was the same one you had done it to the last time. . . .Remember that is the one it went to the last time. We had put the grand to that. A grand or was it fifteen bills? One of them. | Dobson | 9/27/18 | INV_00002596 | a, b, c, d, e, f, g, l |

| Defendant's Objections to Statement # 31 |
| --- |
| |

| Statement # 32 | Declarant | Date | Source | Basis for Admission |
| --- | --- | --- | --- | --- |
| Yeah, doing the road, general. Nebraska here now | Dobson | 10/2/18 | INV_00002596 | a, b, d, e, f, g, l |

| Defendant's Objections to Statement # 32 |
| --- |
| |

| Statement # 33 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| I could make her get some bills. . . .Because right now I do not have anything else dealing with. | Dobson | 02/18/18 | INV_00002596 | a, b, d, e, f, g, l |

| Defendant's Objections to Statement # 33 |
|---|
| |

| Statement # 34 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| It's supposed to be five you have left back there because you had . . . What? Nineteen. You sent two to me. . . And you had back seventeen, and you stayed like that, and sent the the the other two again. . . Today. So I got four in all, you gave the nigga ten. Eh-hm. So, you're supposed to have five left back there for me. So, you can send him a –an eight fifty, bad man, out of it because it's one grand he would have left back there. | Dobson | 1/12/19 | INV_00002597 | a, b, c, d, e, f, g, h, i, k, l |

| Defendant's Objections to Statement # 34 |
|---|
| |

| Statement # 35 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| So, continue taking care of yourself, brother. | Dobson | 1/12/19 | INV_00002597 | a, b, c, d, e, f, g, i, k |

| Defendant's Objections to Statement # 35 |
|---|
| |

| Statement # 36 | Declarant | Date | Source | Basis for Admission |
|---|---|---|---|---|
| Yeah my general, just let her give you that right now. So, it can be ready by tomorrow. | Dobson | 10/4/18 | INV_00002597 | a, b, c, d, e, f, g, i, k |

| Defendant's Objections to Statement # 36 |
|---|
| |

JASON R. DUNN

United States Attorney

By:*s/Martha A. Paluch*
MARTHA A. PALUCH
SARAH H. WEISS
Assistant U.S. Attorneys
1801 California Street, Suite 1600
Denver, Colorado 80202
(303) 454-0100
(303) 454-0409 (fax)
Email: Martha.Paluch@usdoj.gov
Attorneys for Government

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*s/Martha A. Paluch*
Martha A. Paluch
Assistant U.S. Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
(303) 454-0100
Martha.paluch@usdoj.gov