IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD LUTON,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR PRETRIAL RULING REGARDING PROPOSED EXPERT TESTIMONY**

---

The Government's Unopposed Motion for Pretrial Ruling Regarding the Government's Proposed Expert Testimony Pursuant to Fed. R. Evid. 702 (Doc. # 74) is GRANTED.  In accordance with the stipulation of the parties and Federal Rule of Evidence 702, the Court will allow Federal Bureau of Investigations Special Agent Kevin Hoyland and Dr. Doug Shadel to provide expert opinions and testimony consistent with their expected testimony as outlined in the Government's motion.

    DATED:  January 16, 2020

                                              BY THE COURT:

                                              CHRISTINE M. ARGUELLO
                                              United States District Judge