**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE RESPONSES TO GOVERNMENT'S *JAMES* LOG STATEMENTS**

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests that this Honorable Court extend Defendant's Response to Government *James* Log Statements currently due on January 22, 2020, to January 24, 2020.

**CONFERRAL**

Counsel has conferred with government's counsel on January 21, 2020, and the government does not oppose this motion.

**ARGUMENT**

As reasons therefor, Defendant's Counsel is unexpectedly required to divert all of his attention to an immigration case in Seattle, Washington, to ensure his clients do not get deported on January 23, 2020.

WHEREFORE, Defendant Leonard Luton respectfully requests this Court extend his deadline to file responses to government's *James* log statements from January 22, 2020, to January 24, 2020.

Respectfully submitted this 21st Day of January, 2020.

SCABAVEA & ASSOCIATES, LLC


s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

**CERTIFICATE OF SERVICE (CM/ECF)**

       I hereby certify that on January 21, 2020, I electronically filed the foregoing Unopposed Motion to Extend Deadline to File Responses to Government's James Log Statements  with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                      s/ Mark E. Scabavea
                                      MARK EDWARD SCABAVEA
                                      301 Sheridan Blvd.
                                      Lakewood, Colorado 80226
                                      Office: (707) 592-5571
                                      markscabavea@icloud.com