IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

_____

**STIPULATION AS TO ADMISSIBILITY OF
FED. R. EVID. 1006 SUMMARY CHARTS**
_____

The United States of America, by and through Assistant United States Attorneys Martha A. Paluch, and Sarah H. Weiss, and the Defendant Leonard Luton, by and through his counsel Mark Scabavea, hereby agree and stipulate that the following exhibit listed by the government in its Exhibit List is admissible as a summary chart of voluminous evidence pursuant to Fed. R. Evid. 1006.  Specifically, this summary chart will be offered at trial to prove the content of voluminous records related to this case that cannot be conveniently examined in court.

| EXHIBIT NUMBER | SUMMARY CHART |
|---|---|
| Government's Ex. 128 | Summary of Mailings and Wires Made by S.O. |

DATED this 23rd day of January, 2020.


s/ *Mark Scabavea*　　　　　　　　　s/ *Martha A. Paluch*　　　　　
Mark Scabavea　　　　　　　　　　　Martha A. Paluch
Counsel for Leonard Luton　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Counsel for the Government


s/_____　　　　s/ *Sarah H. Weiss*　　　　　　
Leonard Luton　　　　　　　　　　　Sarah H. Weiss
Defendant　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Counsel for the Government

2