IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

_____

**STIPULATION AS TO RECORDING EQUIPMENT**
_____

The United States of America, by and through Assistant United States Attorneys Martha A. Paluch, and Sarah H. Weiss, and the Defendant Leonard Luton, by and through his counsel Mark Scabavea, hereby agree and stipulate to the following:

If called to testify on this subject,[1] FBI Special Agent Kevin Hoyland would testify that in early December, 2018, he installed recording equipment on S.O.'s home telephone.[2]  The purpose of this recording equipment was to record telephone calls between S.O. and "Frank White."

If called to testify, FBI Special Agent John Hause would testify that on December 17, 2018, he 1) retrieved the recording equipment installed on S.O.'s home phone, 2) downloaded these recordings onto two DVDs, and 3) placed these DVDs into the FBI's

---

[1] SA Hoyland will be called to testify in this case as an expert on cellular phone analysis.
[2] INV_00002359-60.

1

evidence room.[3]

By this stipulation, the parties waive their rights to confront and cross-examine Special Agents Kevin Hoyland and John Hause about the placement and retrieval of the recording equipment placed on S.O.'s home telephone, and about the chain of custody of the recordings made by this equipment.

DATED this 23rd day of January, 2020.


*s/ Mark Scabavea*_____  
Mark Scabavea  
Counsel for Leonard Luton

*s/ Martha A. Paluch*_____  
Martha A. Paluch  
Assistant United States Attorney  
Counsel for the Government


s/_____  
Leonard Luton  
Defendant

s/ *Sarah H. Weiss*_____  
Sarah H. Weiss  
Assistant United States Attorney  
Counsel for the Government

---

[3] INV_00000001-5.

2