IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,
Plaintiff,

v.

1. LEONARD LUTON
Defendant

_____

**ENTRY OF APPEARANCE ON BEHALF OF WITNESS CARLENE HOSANG**
_____

CJA Counsel Mark C. Johnson enters his appearance on behalf of witness Carlene Hosang in the above captioned matter.

DATED this 31st day of January, 2020

Respectfully Submitted,

*s/ Mark C. Johnson*
_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303) 448-8836
Mark.Johnson68@gmail.com
**COUNSEL FOR WITNESS CARLENE HOSANG**

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2020 I electronically served the foregoing entry electronically by filed the document with the Clerk of the Court using the CM/ECF system, that will send notice of such filing to the parties in the case.


*s/ Mark C. Johnson*
_____
Mark C. Johnson