IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 19-cr-00098-CMA-01

Date: 13 Feb 2020

Time: 2:10

## NOTE TO COURT

__X__  We the jury have a verdict.

_____  We the jury have a question.

_____
_____
_____
_____

## ANSWER FROM THE COURT

_____
_____
_____
_____

PLEASE KEEP AS PART OF THE RECORD

Court Exhibit __1__