IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LEONARD LUTON,

    Defendant.

## VERDICT FORM

### COUNT 1

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 1 of the Superseding Indictment, charging Mr. Luton with conspiracy to commit mail fraud:

_____ Not Guilty      __X__ Guilty

### COUNT 2

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 2 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about March 29, 2018:

_____ Not Guilty      __X__ Guilty

### COUNT 3

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 3 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about April 3, 2018:

_____ Not Guilty      __X__ Guilty

## COUNT 4

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 4 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about April 16, 2018:

__X__   Not Guilty        _____   Guilty

## COUNT 5

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 5 of the Superseding Indictment, charging Mr. Luton with mail aiding and abetting mail fraud on or about July 27, 2018:

_____   Not Guilty        __X__   Guilty

## COUNT 6

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 6 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about September 6, 2018:

_____   Not Guilty        __X__   Guilty

## COUNT 7

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 7 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about September 25, 2018:

_____   Not Guilty        __X__   Guilty

## COUNT 8

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 8 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about October 22, 2018:

_____   Not Guilty        __X__   Guilty

## COUNT 9

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 9 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about October 30, 2018:

_____  Not Guilty          __X__  Guilty

## COUNT 10

We, the jury, upon our oaths, unanimously find Mr. Luton, in Count 10 of the Superseding Indictment, charging Mr. Luton with aiding and abetting mail fraud on or about November 7, 2018:

_____  Not Guilty          __X__  Guilty

13 Feb 2020
DATE

FOREPERSON