**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 19-cr-00098-CMA-1

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**LEONARD LUTON,**

**Defendant.**

_____

**REPORTER'S PARTIAL TRANSCRIPT**
**(Jury Trial Day 1 -- Testimony of S. Olson)**
_____

        Proceedings before the HONORABLE CHRISTINE M.
ARGUELLO, Judge, United States District Court, for the
District of Colorado, commencing at 1:48 p.m. on the 10th
day of February, 2020, Alfred A. Arraj United States
Courthouse, Denver, Colorado.

                **A P P E A R A N C E S**

**FOR THE PLAINTIFF:**
MARTHA A. PALUCH and SARAH H. WEISS, U.S. Attorney's
Office, 1801 California St., Suite 1600, Denver, CO 80202

**FOR THE DEFENDANT:**
MARK EDWARD SCABAVEA, Attorney at Law, 301 Sheridan Blvd.,

Lakewood, CO 80226

**I N D E X**

| WITNESSES: | PAGE |
|---|---|

**SANDRA OLSON**
DIRECT EXAMINATION BY MS. PALUCH                    3

**E X H I B I T S**

| NO. | | ADMITTED |
|---|---|---|
| 1 | ........................................ | 6 |
| 2 | ........................................ | 27 |
| 10 - 19 | ........................................ | 35 |

1                    **FEBRUARY 10, 2020**

2          (Requested proceedings.)

3          (In the presence of the jury.)

4          THE COURT:  All right.  The Government may call its

5    first witness.

6          MS. PALUCH:  Thank you, Your Honor, the United

7    States calls Sandra Olson.

8          COURTROOM DEPUTY:  Please take the stand and face

9    me, please.

10          I am going to swear you in.  I will have you raise

11    your right hand.

12          May I have everybody's attention, please.

13                    **SANDRA OLSON**

14    having been first duly sworn, testified as follows:

15          THE WITNESS:  Yes.

16          COURTROOM DEPUTY:  Please be seated, ma'am.

17          Please state your name, and spell your first and

18    last names for the record.  Speak into the microphone.

19          THE WITNESS:  Sandra Olson, S-A-N-D-R-A O-L-S-O-N.

20                    **DIRECT EXAMINATION**

21    **BY MS. PALUCH:**

22    Q.   Good afternoon, Ms. Olson.  In what city and state do

23    you live, ma'am?

24    A.   Estes Park, Colorado.

25    Q.   Is that within the State and District of Colorado?

```
 1    A.    Yes.

 2    Q.    How long have you lived in Estes Park?

 3    A.    Since 2002.

 4    Q.    Are you married, ma'am?

 5    A.    I was, but I am widowed now.

 6    Q.    How long were you married?

 7    A.    For 56 years.

 8    Q.    When was it that you lost your husband?

 9    A.    June of 2017.

10    Q.    Do you have any children, ma'am?

11    A.    Yes.

12    Q.    How many?

13    A.    Three boys.

14    Q.    Do any of them live in Colorado?

15    A.    My youngest one does.

16    Q.    Do you live alone?

17    A.    Yes.

18    Q.    Pardon me for asking, ma'am, but how old are you?

19    A.    81.

20    Q.    Do you have any pets, Ms. Olson?

21    A.    Yes, I have a little dog.

22    Q.    Are you employed?

23    A.    No.

24    Q.    Were you previously employed?

25    A.    Yes.
```

1   Q.   And how were you employed?

2   A.   I was an elementary school librarian.

3   Q.   How long did you work as a librarian?

4   A.   For 50 years.

5   Q.   Was it necessary for you to be organized to do your

6   job?

7   A.   Very.

8   Q.   Did you do a lot of recordkeeping as a librarian?

9   A.   Yes.

10  Q.   I would like to direct your attention now to February

11  of 2018.  During that month, did you receive anything in

12  the mail pertaining to a lottery?

13  A.   Yes, I did.

14  Q.   What did you receive, ma'am?

15  A.   It was a letter about a sweepstakes, and that I had

16  won $2,800,000.

17       MS. PALUCH:  Could we please display for the

18  witness Government's Exhibit 1.

19  Q.   (BY MS. PALUCH)  Ms. Olson, it should be on the

20  screen in front of you.  Can you see it to your right,

21  ma'am?

22  A.   Yes.

23  Q.   Do you see what is on the screen there?

24  A.   Yes.

25  Q.   Do you recognize that exhibit?

1    A.    Yes.

2    Q.    And what is that?

3    A.    It is Government --

4    Q.    Ma'am, what is it you see there?  What is that

5    exhibit on the screen?  Do you recognize that?  Have you

6    seen that before?

7    A.    Yes, I have.

8    Q.    What is that?

9    A.    It says it's a Mega Lottery Picker 2018, Powerball

10   and Mega Millions.

11   Q.    You said you recognized that.  How is it you

12   recognized that?

13   A.    Because it looks exactly like the one I got.

14           MS. PALUCH:  Your Honor, at this time I move to

15   admit Government's Exhibit 1.

16           THE COURT:  Any objection?

17           MR. SCABAVEA:  No, Your Honor.

18           THE COURT:  Exhibit 1 is admitted.

19           (Exhibit No. 1 is admitted.)

20           THE COURT:  You may publish.

21           MS. PALUCH:  Thank you.

22   Q.    (BY MS. PALUCH)  Ma'am, did that letter, Exhibit 1,

23   tell you what you needed to do in order to receive your

24   winnings?

25   A.    Yes.  I was supposed to call Mr. Morris, and he would

1   explain to me what it was all about.

2   Q.   Did you call Mr. Morris?

3   A.   Yes, I did.

4   Q.   Did you speak to him?

5   A.   Yes.

6   Q.   Did Mr. Morris ask you for your name?

7   A.   Yes, he did.

8   Q.   And what, if anything, did Mr. Morris tell you?

9   A.   He told me that I had won the winnings, and that he

10  was going to help me get it, and that there was no taxes

11  to be paid on it, but he said there would be some fees.

12  Q.   And were you excited about this news?

13  A.   Yes, very.  Very.

14  Q.   Did you question him about the fact that it was a

15  lottery from Spain?

16  A.   Yes, I did.

17  Q.   What did he say to you?

18  A.   He said it was an international lottery that a lot of

19  countries were in, and the United States was also in it.

20  Another thing he said was that Publishers Clearing House

21  International Sweepstakes was also in it.

22  Q.   Did that make sense to you that you would have won

23  that lottery?

24  A.   Well, I thought it was an awful lot of money, but,

25  yes, it did.

```
 1   Q.   Had you ever entered sweepstakes before, ma'am?
 2   A.   Many times.
 3   Q.   Did you discuss with Mr. Morris whether you could
 4   tell your family that you had won?
 5   A.   Yes, I did.
 6   Q.   And what was said to you?
 7   A.   He said I could, but he did not advise it, because he
 8   said people that have done that, they get millions of
 9   phone calls and people coming to their homes and writings
10   in the mail asking for money.  And he said it is just
11   better to keep it quiet and not even let your children
12   know about it until you receive the money.
13   Q.   So you weren't supposed to tell your family?
14   A.   No.
15   Q.   And did you agree to that at that time?
16   A.   Yes, after thinking about it for awhile.
17   Q.   Did Mr. Morris tell you what you had to do in order
18   to receive your winnings?
19   A.   He said that there were no taxes, but that there were
20   fees that would have to be paid to Madrid, Spain, and also
21   to the United States government, and also to my county
22   government.
23   Q.   Okay.  I will ask you to speak louder and more into
24   the microphone, ma'am.  And if you would like some water,
25   we can probably get you some water.
```

 1   A.   I can use some water for my throat.

 2        MS. PALUCH:  Thank you, Ms. West.

 3        THE COURT:  Could you also adjust the microphone.

 4   Q.   (BY MS. PALUCH)  Ma'am, you just testified that

 5   Mr. Morris told you that you would have to pay some fees.

 6   Did he tell you how you should go about paying those fees?

 7   A.   Well, at that time he wanted me to go to Western

 8   Union, and it was to be in cash.

 9   Q.   Okay.  And did you keep track of those payments at

10   Western Union, those first ones?

11   A.   Not the first few.

12   Q.   Okay.  What information would he give you so you

13   could make those payments?

14   A.   He would give me the name of the person I was

15   supposed to send it to and the address.

16   Q.   Would he tell you the amount?

17   A.   Yes.

18   Q.   Now, other than Antonio Morris, did you talk to

19   anyone else over the phone in relation to the lottery?

20   A.   Yes.  After a few weeks had gone on, I got a call

21   from a guy that said he was Mr. White, Frank White, and he

22   said, "I am calling you because Antonio Morris, he is a

23   scammer."  And he said, "I am working with the FBI.  I am

24   also part of the sweepstakes, and I am the CEO."  And he

25   said that he was going to make it right for me.

1   Q.   Okay.  Did he say how he was going to make it right

2   for you?

3   A.   Well, that they would try to do -- he was working

4   with the FBI, so that they would try to be sure that I got

5   my money.

6   Q.   So, did he confirm for you that you had won -- still

7   had won that amount of money?

8   A.   Yes.

9   Q.   All right.  Did Mr. White tell you that you had to do

10  anything to receive that money?

11  A.   Well, he said there was no taxes that I would have to

12  pay, that was true, but he said that there would be fees

13  that needed to be paid, and it was to the same as what

14  Mr. Morris had told me.

15  Q.   Did Mr. White tell you that you had won anything else

16  in addition to the money?

17  A.   Yes.  He said I had also won a car, it was a Mercedes

18  Benz.  I told him I didn't want a Mercedes Benz.

19  Q.   What did you tell him you wanted?

20  A.   Hyundai Tucson.

21  Q.   Was Mr. White calling you on your home phone or

22  cellphone?

23  A.   My home phone.

24  Q.   During the time of this scheme, ma'am, in 2018, how

25  many home phone numbers did you have?

1    A.    Three.

2    Q.    Why did you have three, ma'am?

3    A.    Because I kept getting calls late at night and

4    constantly, and I just couldn't take it anymore, so I

5    called Centurylink and I told them what was going on, and

6    they said, we will change your phone number, and they

7    weren't going to be putting it out there for people to be

8    able to find it.

9    Q.    Okay.  Did you have caller ID on your phone at that

10   time?

11   A.    Yes.

12   Q.    When Frank White called you, did you see any name

13   show up?

14   A.    Well, his name would show up.  And, one time, though,

15   a name showed up that said Reggie something, and I

16   questioned him about that.  And he said that his phone was

17   not working right, so he had borrowed one from somebody in

18   the company.

19   Q.    Going back to the fees you owed, did Mr. White tell

20   you to whom you were to send the money?

21   A.    Yes.

22   Q.    Were you told to mail money to one person or more

23   than one person?

24   A.    More than one person.

25   Q.    Do you remember any of the names you were told to

1   send money to?

2   A.   Well, there was John Anderson, was one of them.

3   There was a David Wither and a Sandra Pitcher.  There was

4   another -- well, Wither.

5   Q.   Okay.  Did Mr. White give you the addresses of where

6   you should mail the money?

7   A.   Yes.

8   Q.   Did he tell you how you should mail that money?

9   A.   He wanted it mailed by UPS and FedEx.

10  Q.   Do you recall where you physically went to mail those

11  packages?

12  A.   Mastermatic [sic].

13  Q.   Master what, ma'am?  Is that the name of a business

14  you mentioned?

15  A.   Yes.

16  Q.   Do you know if that business is still in business?

17  A.   No, it went out of business a year ago.

18  Q.   Was it a business in Estes Park?

19  A.   Yes.

20  Q.   Did you keep track of those additional payments or

21  receipts from those payments that you were sending?

22  A.   Yes.

23  Q.   Okay.  And how did you do that?

24  A.   Well, when they gave me the receipt, as soon as I got

25  home, I would put them on the money that I had mailed --

1    right on the receipt, and the name was already on there of

2    the person, and I just threw them in a folder.

3    Q.   And why did you do that, ma'am?

4    A.   I always kept receipts, anything and everything.

5    Q.   Was there any other reason why you kept your

6    receipts?

7    A.   He had also told me that -- Mr. White had also told

8    me that when this was all over, I would get the money that

9    I had paid out, the fees back, I would get them back.

10   Q.   So we are talking about the shippings you are doing

11   at this point.  What is it you are mailing, ma'am?

12   A.   I was mailing bundles of money in a manila envelope.

13   Q.   Were you mailing anything else at that initial time?

14   A.   No.

15   Q.   Okay.  During this scheme, were you ever asked to

16   receive money?  Did Frank White ever say, you are going to

17   need to receive money from other people?

18   A.   No.

19   Q.   There are three mailings that I want to ask you

20   about, ma'am.  You mentioned the name Sandra Pitcher, do

21   you recall that?

22   A.   Yes.

23   Q.   All right.  Count 2 of the Indictment charges a

24   mailing to Sandra Pitcher that you made on March 29, 2018.

25   As you sit here today, do you recall whether you used UPS

```
 1    or FedEx to make that mailing?

 2    A.   I think I used -- can I see a receipt?

 3    Q.   Sure.  Would a receipt help refresh your

 4    recollection?

 5    A.   Yes.

 6    Q.   Would that have been a receipt you would have saved

 7    after having made that mailing?

 8    A.   Yes.

 9         MS. PALUCH:  Could you please show the witness what

10    is marked as Government's Exhibit 5.

11    Q.   (BY MS. PALUCH)  If you would look on your screen,

12    ma'am, do you recognize that exhibit?

13    A.   Yes.

14    Q.   And what is that exhibit?

15    A.   It's a UPS from Master --

16    Q.   (BY MS. PALUCH)  If you could just state what the

17    exhibit is, ma'am.  Is that a receipt, ma'am?

18    A.   Yes.

19    Q.   Could you please review that, then look up at me when

20    you are done reviewing that.

21         MS. PALUCH:  And, then, Ms. West, if we can take

22    the exhibit down.

23    Q.   (BY MS. PALUCH)  Can you state now what mailing

24    services you used to make that mailing?

25    A.   Master Shipping.
```

1    Q.   Was that UPS or FedEx?

2    A.   They are both, but it was sent through UPS.

3    Q.   Okay.  Count 3 charges another mailing to Sandra

4    Pitcher on April 3, 2018.  As you sit here today, do you

5    recall whether you used UPS or FedEx for that mailing?

6    A.   Not really.

7    Q.   Is there anything that would help you recall?

8    A.   If I could see a receipt.

9         MS. PALUCH:  If the witness can be shown

10   Government's Exhibit 6.

11   Q.   (BY MS. PALUCH)  Do you recognize that exhibit,

12   ma'am?

13   A.   Yes.

14   Q.   And what is that exhibit?  Is it a receipt, ma'am?

15   A.   It's Premier Members.  It is a UPS store.

16        MS. PALUCH:  Okay.  You can take the exhibit down.

17   Q.   (BY MS. PALUCH)  So, for that mailing, you are saying

18   you used UPS?

19   A.   Yes.

20   Q.   Okay.  And one more, ma'am.  Count 4 charged a

21   mailing to Sandra Pitcher on April 16, 2018.  As you sit

22   here today, do you remember which carrier you used for

23   that mailing?

24   A.   No, I don't.

25   Q.   Okay.  Anything that would help you refresh your

1   recollection?

2   A.   If I could see another receipt.

3        MS. PALUCH:   If the witness could be shown

4   Government's Exhibit 7.

5   Q.   (BY MS. PALUCH)   What is that exhibit, ma'am?   Ma'am,

6   is that a receipt?

7   A.   Yes.

8   Q.   If you could please look away from that, and tell me,

9   do you now recall what carrier you used?

10   A.   UPS.

11   Q.   Okay.   Now, we've just discussed three mailings you

12   made to Sandra Pitcher.   Do you know Sandra Pitcher?

13   A.   No.

14   Q.   Have you ever spoken to anyone on the phone that said

15   they were Sandra Pitcher?

16   A.   No.

17   Q.   Have you ever had a conversation with Frank White

18   about Sandra Pitcher?

19   A.   Yes.

20   Q.   And what was said?

21   A.   He said that she was part of the scammers, with

22   Morris, and that she had been -- she had been caught and

23   put in jail.

24   Q.   Okay.   Without saying what was said, were you ever

25   contacted by anyone in law enforcement in Michigan about

1    Sandra Pitcher?

2    A.   Yes, I was.  He called -- the detective had called my

3    bank and wanted my phone number.  And so she called me and

4    asked me if it was okay to give him my number, and I said

5    yes.

6    Q.   Okay.

7    A.   And he called me, and he told me that the bank had

8    notified him, and that she was in jail.

9    Q.   Okay.  There is two more receipts I need to ask you

10   about, ma'am.  You mentioned earlier you would make

11   notations on your receipt; is that correct?

12   A.   Right.

13   Q.   And state again what it is you would note on your

14   receipts?

15   A.   I would put them on the money that I was sending --

16   the amount of money I was sending.

17   Q.   Count 6 charged a mailing that you made on September

18   6, 2018.  As you sit here today, do you recall how much

19   you mailed on that date?

20   A.   No.

21   Q.   Is there anything that would help you recall?

22   A.   If there is a receipt.

23        MS. PALUCH:  If you could please show the witness

24   Government Exhibit 8.

25   Q.   (BY MS. PALUCH)  And if you could please look at that

1   exhibit and state whether you recognize it.  And I will

2   direct your attention to the receipt on the left.

3   A.   Yes.

4   Q.   If you can look up at me, ma'am.  Did that receipt

5   refresh your recollection as to how much money you mailed

6   on that date?

7   A.   Yes, 15,000.

8   Q.   Okay.  Did that receipt appear to have your

9   handwriting on it?

10  A.   Yes.

11  Q.   Count 10 charged a mailing on November 7, 2018.  As

12  you sit here today, do you recall how much you mailed on

13  that date?

14  A.   No.

15  Q.   Anything that would help you refresh your

16  recollection?

17  A.   If I could see a receipt.

18       MS. PALUCH:  If you could please show the witness

19  Government Exhibit 9.

20  Q.   (BY MS. PALUCH)  And I direct your attention, ma'am,

21  to the left on that exhibit.

22  A.   15,000.

23  Q.   Okay.  That was in your handwriting?

24  A.   Yes.

25  Q.   Let's talk about bank accounts during the time of

1    this scheme.  Did you have bank accounts?

2    A.    Yes.

3    Q.    And how many bank accounts did you have, ma'am?

4    A.    Four.

5    Q.    And can you state where you had accounts?

6    A.    Bank of Estes Park, Bank of Colorado, U.S. Bank,

7    Premier Members, and I guess there was one another.

8    Q.    Do you recall Key Bank?

9    A.    Yeah.

10   Q.    Did you have any investment accounts?

11   A.    Yes, Jackson National.

12   Q.    Okay.  And what was the source of the funds in the

13   Jackson National Life Insurance account?

14   A.    It was an IRA and my savings.

15   Q.    Did you withdraw funds from your main bank accounts

16   to pay the fees that you were told you owed in this case?

17   A.    Yes.

18   Q.    All right.  Were some of those withdrawals for large

19   amounts of cash?

20   A.    Yes.

21   Q.    By "large," I mean were they in the thousands?

22   A.    Yes.

23   Q.    Did you ever withdraw cash and just keep that cash on

24   hand?

25   A.    Yes.

1   Q.   Why would you do that?

2   A.   Because I knew Frank White was going to be calling me

3   for more money, and I didn't want to go into the bank and

4   draw out 60,000 at one time or 30,000.  So sometimes I

5   would take out smaller amounts.

6   Q.   Why didn't you want to take it all out at once,

7   ma'am?

8   A.   Because I had been told to not raise any questions.

9   Q.   And did you get questioned by bank employees?

10  A.   Yes.

11  Q.   And what would they ask you?

12  A.   They wondered where the money was going.

13  Q.   What would you say?

14  A.   Well, I had a son that was in trouble at that time,

15  so I told them I was sending money to him.  And another

16  time I told them it was none of their business, it was my

17  money and not theirs.

18  Q.   Did you ever tell them things that weren't true in

19  order to answer their questions?

20  A.   Usually it was true, but I wasn't -- what I was

21  saying it was needed for was true, but I was not using it

22  for that purpose.

23  Q.   And what purpose were you using it for, ma'am?

24  A.   To send it to Frank White.

25  Q.   Okay.  Was that part of trying to keep your winnings

1    private?

2    A.   Yes.

3    Q.   Did any of your banks take action regarding the large

4    amounts of cash you were withdrawing?

5    A.   Yes.  Bank of Estes Park decided that they didn't

6    want me to be a customer there anymore.

7    Q.   So what did you do when that happened?

8    A.   I drew that money out and put it in the Bank of

9    Colorado.

10   Q.   Did you obtain cashiers checks to pay the fees you

11   allegedly owed during the time of this scheme?

12   A.   Some of them.

13   Q.   And prior to obtaining cashiers checks in this case,

14   had you ever obtained a cashiers check before?

15   A.   No.

16   Q.   Did there come a point when you were running low on

17   money to send?

18   A.   Yes.

19   Q.   Did you discuss that with Frank White?

20   A.   Yes.

21   Q.   And what was that discussion?  Was anything suggested

22   to you?

23   A.   He wanted me to take a mortgage out on my house.

24   Q.   And did you attempt to do so?

25   A.   No.  Yes.  Well, yes, I did.  But I told the lady

1    that I went to at the bank, I know her very well, I said,

2    "I am going to be asking if I can get a loan on my house,

3    but I really don't want it."  And she put in for it, and

4    it came back that I wouldn't get it.

5    Q.   Okay.  You talked about wiring and mailing cash and

6    cashiers checks.  Were you directed to mail any other

7    items?

8    A.   Yes.  He wanted me to send iPhones, six of them.

9    Q.   Six iPhones.  Did Mr. White explain to you why it was

10   necessary for you to mail six iPhones in order to receive

11   your winnings?

12   A.   He said it was because of -- they were going to be

13   sending my winnings, and that they needed a phone -- one

14   for me, one for him, two for the FBI agents that were

15   going to be coming with, and two for the drivers that

16   would be bringing the car.

17   Q.   Where did you buy the cellphones?

18   A.   I bought two at Verizon, and the other four were

19   bought at Apple, in Boulder.

20   Q.   Did you drive to Boulder --

21   A.   Yes.

22   Q.   -- from Estes Park?  Did you drive there by yourself?

23   A.   Yes.

24   Q.   And how did you pay for those cellphones?

25   A.   With credit cards.

1   Q.   And how many credit cards did you have at that time?

2   A.   Three.

3   Q.   What did you do with those cellphones after you

4   purchased them?

5   A.   I sent them to Frank White.

6   Q.   As directed by Frank White?

7   A.   Yes.

8   Q.   All right.  Did you ever hand over cash in person to

9   someone in relation to this case?

10  A.   Yes.

11  Q.   And do you recall when that occurred?

12  A.   That was in October.

13  Q.   Do you recall how much money you handed over?

14  A.   65,000.

15  Q.   Okay.  Can you explain for the jury how it is that

16  you handed over 65,000 in cash in October?

17  A.   I wanted to get done with the thing.

18  Q.   Well, could you explain what directions, if any, you

19  received from Mr. White regarding that interaction?

20  A.   Well, he wanted -- I told him I would not send it

21  through the mail, that kind of money.  And I also told him

22  that I had found out it was illegal to send that kind of

23  money through the mail, and he could go figure something

24  else out.

25  Q.   So what did he figure out?  What did he come up with?

1    A.   Well, he called me back and said that a merchant
2    banker would be driving or coming to Colorado, and that he
3    would come and pick this money up.  So I said, "Fine."
4    Well, then he called me back and wanted to know later in
5    the day if I could drive to Nebraska and meet up with this
6    guy, and I told him, "no way."  That I was not going to
7    drive all by myself up to meet somebody I had never met.
8    Q.   And so when you said you wouldn't drive to Nebraska,
9    what was decided upon at that time?
10   A.   Well, then he said that he would talk to -- get back
11   to me.  So, the next morning he called me and he said this
12   guy, that he would drive to Colorado then.  And he
13   wondered if I would meet him up by Fort Lupton.  And I
14   told him "No.  I don't know this guy, I am not going
15   somewhere by myself.  He will have to come here to Estes
16   Park."
17   Q.   At this time, ma'am, did you have $65,000 in cash at
18   home all at once?
19   A.   Yes.
20   Q.   Had you withdrawn that all at once?
21   A.   No.
22   Q.   Explain for the jury what you had done to get that
23   money.
24   A.   Well, I would go and draw out 10,000 from one bank
25   and 10,000 from another.  Also, I took some money out from

1    my Jackson National.

2    Q.   Did someone eventually come to your home in October

3    of 2018?

4    A.   Yes.

5    Q.   Did Frank White tell you the name or names of the

6    people who would be coming to your home?

7    A.   Yes.  He told me the banker would be Wither.

8    Q.   Okay.  Did you live with anyone else at that time in

9    October?

10   A.   No.

11   Q.   Did someone come to your home on the day or the

12   evening that Frank White said they would come?

13   A.   Yes.

14   Q.   Can you describe that interaction?

15   A.   Well, the doorbell rang.  It was about 12:30 at

16   night, and I went to the door.  I didn't unlock my storm

17   door because there was standing there this black guy, and

18   he was very tall.  And I looked at him and I said, "Who

19   are you?"  There was supposed to be -- "What is your

20   name?"  And he did give his name.

21        And then he said, "Don't be afraid, I'm an FBI

22   agent."  And he took out a badge and showed it to me.

23   And, anyhow, I said, "Okay."  And then I went out on the

24   porch, and he was wearing a baseball cap kind of down over

25   his head a little bit, and he had on a red shirt and black

1    kind of cut-off pants or sport pants or something.

2         And, anyhow, I said, "I am supposed to give this

3    money to Mr. Wither."  And he said, "No, he wants you to

4    hand it to me, I'll take it."  And I said, "I don't feel

5    good doing that.  Mr. White told me I had to give it

6    personally to him."  And he said, "Well, you can walk down

7    the sidewalk here and talk to him."  And so I did a little

8    bit.

9         And, anyhow Mr. Wither rolled down the window.  He

10   didn't look directly at me, I only saw the side of his

11   face.  And anyhow, he said who he was, and that he was the

12   merchant banker.  And he said, "I have this FBI guy with

13   me for protection, he is safe, and you can trust him.  So

14   give the money to him, please."  So I did.

15   Q.   So you did.  You mentioned the man at the door showed

16   you an FBI badge?

17   A.   Right.

18   Q.   Have you since seen what a real FBI badge looks like?

19   A.   Yes.

20   Q.   Can you compare it to what you saw that night?

21   A.   It looked very much the same.

22   Q.   Now, you described the man at your door.  Did you get

23   a good look at the man in the car that night?

24   A.   Just from the side of his face.  And the car was kind

25   of a beige color four-door.

1   Q.   The man sitting here in court today at this table,

2   have you ever seen this man before?

3   A.   I don't know.

4   Q.   Okay.  How was the cash packaged when you handed it

5   over?

6   A.   By the thousands.  I had rubber bands around them,

7   and I had it in a manila envelope.

8        MS. PALUCH:  Could we please show the witness what

9   has been marked as Government's Exhibit 2.  Actually, this

10   exhibit, Your Honor, has been stipulated to.  I would

11   request to publish at this time.

12        THE COURT:  All right.  Exhibit 2 is admitted.

13        (Exhibit No. 2 is admitted.)

14        THE COURT:  You may publish.

15   Q.   (BY MS. PALUCH)  Ma'am, can you first state what that

16   appears to be.

17   A.   It's hundred dollar bills wrapped in rubber bands,

18   and it is on top of a manila envelope.

19   Q.   Do you recognize that photograph, ma'am?

20   A.   Yes.

21   Q.   And why is it you recognize it?

22   A.   Because that's the way it was.

23   Q.   Does that look like the money you handed over?

24   A.   Yes.

25        MS. PALUCH:  And we can take that exhibit down,

1    thank you.

2    Q.   (BY MS. PALUCH)   During the time Frank White was

3    calling you, how often would he call you?

4    A.   Some days once, some days two, three, four times,

5    sometimes six, ten times.

6    Q.   What was generally discussed during those calls?

7    A.   Oh, a lot of times he discussed about his family and

8    my family.  He would ask me different questions about

9    them.  And then it would always get down to money and how

10   much I had to send.

11   Q.   Okay.  Did he ever talk about his job with you?

12   A.   Yeah, some.

13   Q.   Okay.  Did you ever call Frank White?

14   A.   The only times I called him was when I had sent the

15   money, and I would get the receipt, and it tells on there

16   what day it would come, and there is a number that is on

17   there that he had to have in order to be able to cash it.

18   Q.   The tracking number, is that what you are referring

19   to, ma'am?

20   A.   Right.

21   Q.   So you would call Frank White?

22   A.   Yes.

23   Q.   Would you give him those numbers?

24   A.   Yes.

25   Q.   Were they long numbers?

1    A.   Yes.

2    Q.   Would you read those off for him?

3    A.   Yes.

4    Q.   Okay.  Did Frank White ever mention your house in any

5    of your phone conversations?

6    A.   Yes.

7    Q.   Can you explain for the jury how that came about?

8    A.   Well, it was during the Scottish Festival up in Estes

9    Park, and he said that he was there, and they were really

10   enjoying it, and that they were over in the park where it

11   was being held.  And then he said, "Oh, by the way, I have

12   driven around your house, too."  And I said, "Oh, really,

13   why didn't you stop in and have a cup of coffee or a glass

14   of wine or something?"  And he said, "I don't think that

15   would be a good idea right now, but I can tell you what

16   your house looks like."  He said, "It's stucco on the

17   outside, and it has stone on part of the front.  And you

18   have a porch."  And he said, "You got a dark green roof

19   and a dark green door, and you have a deck on the back

20   side."

21   Q.   At any point, ma'am, did you ever receive any lottery

22   winnings?

23   A.   No.

24   Q.   Was any money ever returned -- money that you had

25   mailed ever returned back to you?

1   A.   Yes.  I did get money back from Sandra Pitcher.

2   Q.   Okay.  What happened to that money that came back to

3   you?

4   A.   I sent it to White again.

5   Q.   Okay.  Did you ever question Frank White why you

6   hadn't received your winnings?

7   A.   Yes.

8   Q.   Did the topic of whether you trusted Frank White ever

9   come up?

10   A.   Yes.

11   Q.   Can you describe for us how that happened?

12   A.   I was getting pretty disgusted, because they kept --

13   because it seemed like it was just money, money, money,

14   money, money.  And I was starting to wonder how much are

15   these darn fees anyhow, even if I am going to get it back.

16   And I told him that.  And he didn't like that, and hung

17   up, with a swear word.

18        But then he called back a few hours later and

19   apologized, and he said, "We are almost done."

20   Q.   Were you ever given any way to verify who Frank White

21   was?

22   A.   No.

23   Q.   Did you ever call a number?  Did he ever give you a

24   phone number?

25   A.   Yes.  When I was disgusted with him and told him I

1    didn't trust him, he said, well, I will give you the

2    number to the FBI agent that I am working with in Las

3    Vegas.  And he gave me his name and his phone number.  So,

4    I called it.  And they answered there, "FBI.  What

5    department would you want?"  And I said, "The fraud

6    department."  And I gave the name.  And, anyhow, this guy

7    came on the phone and said, "This is the fraud

8    department."

9        And he asked -- he gave me his name.  And I asked

10   him if he knew Frank White.  And he said, "Oh, yeah, I

11   know him.  We work together on a lot of fraud cases," is

12   what he told me.  And I said, "Well, I am getting to the

13   point where I don't believe him."  And he said, "Well, you

14   can believe him, he is very trustworthy," and that.  And I

15   said, "Well, I don't know, it seems like this is dragging

16   on and on and on and on.  And I was told originally I had

17   won this lottery back in 2017."  And we talked for a

18   little bit, and finally I hung up.

19   Q.   Well, after that phone call, did you feel like it had

20   been confirmed that Frank White was with the FBI?

21   A.   Yeah.

22   Q.   All right.  Ma'am, do you know anyone in Jamaica?

23   A.   No.

24   Q.   Have you ever been there?

25   A.   No.

1    Q.   Is there any reason anyone from Jamaica would call

2    you?

3    A.   No.

4    Q.   Prior to the time you were in communication with

5    Frank White, did you know a person by the name of Leonard

6    Luton?

7    A.   No.

8    Q.   Did you know a person by the name of Stacy Byfield?

9    A.   No.

10   Q.   How about Rajay Dobson?

11   A.   No.

12   Q.   During the time you were having these calls with

13   Frank White, were you contacted by the Estes Park Police

14   Department?

15   A.   Yes.

16   Q.   Could you describe that first contact?

17   A.   The first time there came a detective.  And I don't

18   know what the other guy was, I think he was kind of an

19   advocate, kind of a person to help people that had been

20   scammed.

21   Q.   Did you talk to them?

22   A.   Yes.  Well, they started talking about being scammed

23   and that type of thing.  And they said, "Have you been

24   scammed?"  And I told them "No."  And, well, I told them

25   "No" because I was not supposed to tell anybody no matter

1    who it was what was going on.  And, anyhow, then I told

2    them, "Really, I'd talk to you guys, but it is none of

3    your business."

4    Q.   So at that point, you didn't think you were being

5    scammed?

6    A.   Right, no.

7    Q.   At some point did your sons find out about what was

8    going on?

9    A.   One of the banks called the police department in

10   Estes and said that they were afraid that I was being

11   scammed.  And they tried to call me from the bank and they

12   couldn't get me.  And so the police had tried to call me,

13   it was one of the days I wasn't home, so they called my

14   son.

15   Q.   And at first did you tell your son what was going on?

16   A.   No.

17   Q.   Eventually did you tell your sons what was happening?

18   A.   Yes.

19   Q.   And at that point did law enforcement get involved?

20   A.   Yes.

21   Q.   And which agencies were you dealing with?

22   A.   With the detectives in Estes Park.

23   Q.   Did you also deal with the FBI, ma'am?

24   A.   Yes.

25   Q.   And when law enforcement got involved, was Frank

1    White still calling you?

2    A.   Yes.

3    Q.   Was a decision made to record your phone calls with

4    Frank White?

5    A.   Yes.

6    Q.   Was recording equipment installed on your phone?

7    A.   Yes.

8    Q.   Were calls between you and Frank White actually

9    recorded?

10   A.   Yes.

11   Q.   Have you since listened to some of those recorded

12   calls?

13   A.   Yes, I have.

14   Q.   If you could please look in the exhibit book, ma'am,

15   at Exhibit No. 10.

16        MS. PALUCH:   Thank you, Ms. West.

17   Q.   (BY MS. PALUCH)   Ms. Olson, do you recognize that

18   exhibit?

19   A.   Yes.

20   Q.   Can you state what that is?

21   A.   United States v. Leonard Luton.

22   Q.   Physically, ma'am, what is it?

23   A.   A CD.

24   Q.   Okay.

25   A.   I signed it "Sandra Olson" on January 22, 2020.

1    Q.    Can you state for the record what is on that CD?

2    A.    It's audio recordings.

3    Q.    And you listened to those recordings?

4    A.    Yes.

5          MS. PALUCH:  At this time I move to admit

6    Government Exhibit 10.  This is stipulated, Your Honor,

7    and I would also move to admit 10 through 19.

8          THE COURT:  10 through 19 are all stipulated.  They

9    are all admitted.

10         (Exhibit Nos. 10 - 19 are admitted.)

11   Q.    (BY MS. PALUCH)  At this point -- first of all,

12   ma'am, in the recordings you listened to, who is speaking?

13   A.    I and Mr. White.

14   Q.    You and Mr. White?

15         MS. PALUCH:  Your Honor, at this point I am going

16   to ask to play certain of these recordings, and we have

17   headphones for the jurors to listen.

18         THE COURT:  Okay.

19         MS. PALUCH:  If we could first pull up Government

20   Exhibit 12.

21         THE COURT:  Are we going to also have the

22   transcripts at this point?

23         MS. PALUCH:  Your Honor, they should be synched up

24   with the transcript.  Play Government Exhibit 12.

25         (Exhibit 12 played in open court.)

1    Q.    (BY MS. PALUCH)  Ma'am, at the beginning of that

2    call, you asked him for a number.  Did you hear that?

3    A.    Yes.

4    Q.    And why is it you asked for a number?

5    A.    When this first started, he had told me that when

6    somebody calls, ask them for this number, because if they

7    can't give you the number, don't talk to them.

8    Q.    Okay.

9            MS. PALUCH:  Could we please play Government

10   Exhibit 13, please.

11           (Exhibit 13 played in open court.)

12           MS. PALUCH:  Please play Government's Exhibit 14.

13           (Exhibit 14 played in open court.)

14           MS. PALUCH:  There are four more calls, then some

15   voicemails.  So please play Government Exhibit 15.

16           (Exhibit 15 played in open court.)

17           MS. PALUCH:  Exhibit 16, please.

18           (Exhibit 16 played in open court.)

19           JUROR:  Can could I request a break, I am not

20   feeling well.

21           THE COURT:  It is getting close to 3:00.  Do we

22   want to just recess for the day?

23           MS. PALUCH:  Certainly.

24           THE COURT:  Why don't we recess for the day.  I

25   know it has been a long day for you, ladies and gentlemen.

1          So, we will be in recess.  Remember, do not discuss

2    this case with anyone.  And you are to conduct no research

3    on your own.  Remember tomorrow to bring your own lunches,

4    because you only have half an hour for lunch.

5          Be here -- we can't start without you, as I said.

6    So if you can be here at 8:00, I can get you out of here

7    by 2:45.

8          All right.  So, the jury is excused.

9          Counsel, do you need anything from me?

10          MS. PALUCH:  No, Your Honor, not from the

11    Government.

12          MR. SCABAVEA:  No, Your Honor.

13          THE COURT:  All right.  Very good.  Then Court will

14    be in recess.

15          (Proceedings conclude at 2:58 p.m.)

16          **R E P O R T E R ' S   C E R T I F I C A T E**

17          I, Darlene M. Martinez, Official Certified

18    Shorthand Reporter for the United States District Court,

19    District of Colorado, do hereby certify that the foregoing

20    is a true and accurate transcript of the proceedings had

21    as taken stenographically by me at the time and place

22    aforementioned.

23          Dated this 10th day of April, 2020.

24          _____

25          s/Darlene M. Martinez - RMR, CRR