### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

### *UNOPPOSED* MOTION TO CONTINUE SENTENCING HEARING

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests that this Honorable Court continue the Sentencing Hearing currently scheduled for May 12, 2020, to a time in June that is convenient for the Court and parties.

### **CONFERRAL**

Counsel has conferred with government's counsel on April 13, 2020, and the government does not oppose this motion.[1]

### **ARGUMENT**

As reasons therefor, the COVID-19 Pandemic has prevented Counsel from meeting with Defendant from mid-March to present. Additionally, the Pandemic has prevented Counsel's access to electronic research which is requisite in

---

[1] During the conferral, the government stated it is not available on June 5, 2020, from 2:00 PM to 5:00 PM; June 11, 2020, from 8:30 AM to 10:00 AM; June 12, 2020, from 12:00 PM to 5:00 PM; and all of June 19, 2020.

1

Counsel's calculation of the Sentencing Guidelines and drafting of the Sentencing Statement.

WHEREFORE, Defendant Leonard Luton respectfully requests this Court continue the Sentencing Hearing scheduled for May 12, 2020, to a time in June that is convenient for the Court and parties

Respectfully submitted this 14th day of April, 2020.

SCABAVEA & ASSOCIATES, LLC

s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on April 14, 2020, I electronically filed the foregoing Unopposed Motion to Continue Sentencing Hearing with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                    s/ Mark E. Scabavea
                                    MARK EDWARD SCABAVEA
                                    301 Sheridan Blvd.
                                    Lakewood, Colorado 80226
                                    Office: (707) 592-5571
                                    markscabavea@icloud.com