**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONARD LUTON,

      Defendant.

---

### *UNOPPOSED* MOTION TO EXTEND TIME TO FILE OBJECTIONS TO PSR

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests that this Honorable Court extend time to file Defendant's Objections to PSR currently due on April 21, 2020, to May 5, 2020.

### <u>CONFERRAL</u>

Counsel has conferred with government's counsel on April 13, 2020, and the government does not oppose this motion.

### <u>ARGUMENT</u>

As reasons therefor, the COVID-19 Pandemic has prevented Counsel from meeting with Defendant from the date of the filing of the first draft of the PSR to present.

WHEREFORE, Defendant Leonard Luton respectfully requests this Court extend his deadline to file Objections to PSR from April 21, 2020, to May 5, 2020.

Respectfully submitted this 14th day of April, 2020.

SCABAVEA & ASSOCIATES, LLC


s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 14, 2020, I electronically filed the foregoing Unopposed Motion to Extend Deadline to File Objections to the PSR with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com