IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

**GOVERNMENT'S RESPONSE TO THE PRESENTENCE
INVESTIGATION REPORT, ECF 109**

    The United States of America, by Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch and Sarah H. Weiss, Assistant United States Attorneys, hereby notify the Court, defendant, and the Probation Office that the United States has no objections to the guideline calculations or information contained in the Presentence Investigation Report, ECF 109. However, as set forth in its Sentencing Statement, ECF 108, the government maintains that the appropriate sentence in this case is 108 months in prison and will advocate for that sentence at the June 17, 2020 sentencing hearing.

Respectfully submitted,

JASON R. DUNN
United States Attorney

  /s *Martha A. Paluch*
Martha A. Paluch
Sarah H. Weiss
Assistant U.S. Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
E-mail: Sarah.weiss@usdoj.gov

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on April 16, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

    /s *Martha A. Paluch*
Martha A. Paluch
Sarah H. Weiss
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov