IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

**PARTIES' JOINT MOTION TO CONTINUE SENTENCING HEARING, ALL SENTENCING-RELATED FILING DEADLINES, AND DEADLINE FOR FILING OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Martha A. Paluch, and Sarah H. Weiss, Assistant United States Attorneys, and the defendant, Leonard Luton, personally and through counsel, Mark Scabavea, Esq., hereby submit the following joint motion to continue the June 17, 2020 sentencing hearing and the deadlines for all sentencing-related filings. In support of this motion, the parties state as follows:

    1. On May 8, 2020, the Court directed the parties to file a joint pleading indicating whether the June 17, 2020 sentencing hearing cannot be further delayed without serious harm to the interests of justice.

    2. Defense counsel has conferred with the defendant and has informed government counsel that defense counsel agrees that the hearing should be continued to a date when it can be conducted in person. The parties agree that

such delay will not cause serious harm to the interests of justice.

3. The defendant believes an in-person hearing is necessary to fully address the complicated issues of loss and forfeiture. The government agrees, and intends to present testimony from FBI Forensic Accountant Matt Morgan to prove the amounts of loss and forfeiture the government submits should be attributed to the defendant.

4. In addition, the victim in this case and her family members would like to attend this hearing in person, and the victim intends to address the Court.

5. Currently, the defendant's objections to the presentence investigation report are due Friday, May 15, 2020. Due to difficulties in meeting with his client, defense counsel requests that the current deadline for filing objections be continued to Wednesday, May 20, 2020. Government counsel does not object to this continuance.

For these reasons, the parties respectfully request that the June 17, 2020 sentencing hearing and all related filing deadlines be vacated. The parties also request that the deadline for the filing of the defendant's objections to the presentence report be continued to May 20, 2020. Finally, the parties request permission to contact chambers by May 13, 2020 to reset the sentencing hearing, as directed in the Court's May 8, 2020 minute order.

Dated this 12th day of May, 2020.

Respectfully submitted,

                                    JASON R. DUNN
                                    United States Attorney

| *s/ Mark E. Scabavea* | /s *Martha A. Paluch* |
|---|---|
| Mark E. Scabavea | Martha A. Paluch |
| 301 Sheridan Blvd. | Sarah H. Weiss |
| Lakewood, CO  80226 | Assistant U.S. Attorneys |
| Office: (707) 592-5571 | United States Attorney's Office |
| markscabavea@icloud.com | 1801 California Street, Suite 1600 |
| Counsel for Defendant | Denver, Colorado 80202 |
| | Telephone: (303) 454-0100 |
| | E-mail: Martha.paluch@usdoj.gov |
| | Sarah.weiss@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on this 12th day of May, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

    /s *Martha A. Paluch*
Martha A. Paluch
Sarah H. Weiss
Assistant United States Attorneys
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Martha.paluch@usdoj.gov
Sarah.weiss@usdoj.gov