# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEONARD LUTON,

       Defendant.

## ENTRY OF APPEARANCE OF FORFEITURE COUNSEL

To:     The clerk of court and all parties of record

     I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED at Denver, Colorado this 4th day of June, 2020.

                                  JASON R. DUNN
                                  United States Attorney

                                  s/ *Elizabeth Young*
                                  Elizabeth Young
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1801 California Street, Suite 1600
                                  Denver, Colorado 80202
                                  Telephone: 303-454-0100
                                  Fax: 303-454-0405
                                  Email: Elizabeth.young2@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of June, 2020, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

                                                              s/ *Jasmine Zachariah*
                                                             FSA Data Analyst
                                                             Office of the U.S. Attorney