IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-01

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LEONARD LUTON,

        Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT LEONARD LUTON**
_____

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton (Doc. #127) pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2. The Court having read said Motion and being fully advised in the premises finds that:

- on July 10, 2019, the grand jury charged defendant Leonard Luton in Counts One through Ten with violations of 18 U.S.C. §§ 1349, 1341, and 2. The Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Leonard Luton, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained as a result of the scheme; and

- on February 13, 2020, a jury found defendant Leonard Luton guilty of Counts One through Three and Counts Five through Ten, in violation of 18 U.S.C. §§

1349, 1341, and 2, which conviction provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for a personal money judgment in an amount to be determined by the Court at the Sentencing Hearing.

Therefore, it is ORDERED that:

- an as yet undetermined amount is subject to forfeiture as proceeds obtained by defendant Leonard Luton through commission of the offenses in Counts One through Three and Counts Five through Ten, for which defendant Leonard Luton was found guilty;
- a Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton shall be entered in accordance with 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in an amount to be determined by the Court;
- pursuant to Fed. R. Crim. P. 32.2(e)(1), this Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton shall be amended at the Sentencing Hearing after the Court determines the amount of proceeds obtained by defendant Luton as a result of the violations for which he was found guilty;
- pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment; and

- this Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Leonard Luton may be further amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

DATED: June 8, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge