**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LEONARD LUTON,

      Defendant.

---

### DEFENDANT"S NON-WAIVER TO VTC

---

      Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea states that he DOES NOT waive his physical appearance at his Sentencing Hearing.

      Respectfully submitted this 22nd day of July, 2020.

      SCABAVEA & ASSOCIATES, LLC

      <u>s/ Mark E. Scabavea</u>
      MARK EDWARD SCABAVEA
      301 Sheridan Blvd.
      Lakewood, Colorado 80226
      Office: (707) 592-5571
      markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July.22, 2020, I electronically filed forgoing with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com