**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

### *UNOPPOSED* MOTION TO FOR LEAVE TO CHANGE DUE DATES FOR DEFENDANT'S AND GOVERNMENT'S SENTENCING STATEMENTS

---

Defendant Leonard Luton ("Defendant"), by Counsel, Mark Edward Scabavea of SCABAVEA & ASSOCAIATES, LLC, respectfully requests this Honorable Court for leave to change due dates for Defendant's and Government's Sentencing Statements as follows:

### I. CONFERRAL

Counsel has conferred with government's counsel on April 21, 2021, and the government does not oppose this motion.

### II. PROCEDURAL BACKGROUND

Due to the COVID-19 Pandemic, the Sentencing for the instant case has been continued several times because the defendant requested to have his sentencing conducted live in open court rather than by video teleconference. Specifically, Defendant motioned this Court to Continue the Sentencing Hearing on April 14, 2020, which this court Granted. [Doc. Nos. 112, 114]. On May 8,

1

2020, this Court directed both parties to file a Joint Motion regarding whether the Sentencing Hearing would be prejudiced if conducted by video teleconference which the parties did by filing a Joint Motion to Continue which this Court Granted vacating the June 17, 2020, date and reset to August 18, 2020.  [Doc. Nos. 119, 120, 121].  On July 7, 2020, this Court directed Defendant's Counsel to confer with Defendant as to whether Defendant would waive his right to be physical present during Sentencing.  [Doc. No. 129].  Defendant declined to waive and filed a notice of non-waiver on July 22, 2020, and the Court vacated the August 18, 2020, date and reset to October 15, 2020.  [Doc. Nos. 130, 131].  On September 14, 2020, this Court, sua sponte, reset Sentencing to January 21, 2021.  [Doc. No.132].  On December 29, 2020, this Court, sua sponte, reset Sentencing to May 12, 2020.  Defendant's Sentencing Memorandum is currently due on April 28, 2021.

### III.  FACTS AND ARGUMENT

Counsel for Defendant was scheduled for a jury trial in another case in the Southern District of Texas, 21-cr-00156, which was scheduled to be tried on the week of April 19, 2021, to April 22, 2021.  Counsel for Defendant planned on completing the Sentencing Memorandum the weekend and week following the trial.  Recently, that jury trial got reset to the Week of April 26, 2021, to April 29, 2021 - - during the same time as Counsel originally planned on writing the Sentencing Statement.

Counsel discussed the issue via email with Government's Counsel regarding changing the Defendant's Sentencing Statement date.  Government's Counsel pointed out that if this Court would grant a changed due date to May 3,

2

that would give the Government until May 10 to respond, only two days before Sentencing.  Government's Counsel counter proposed that both parties submit their Sentencing Documents on May 3 and to file their responses by May 7.  Both parties agreed to this proposal.

WHEREFORE, Defendant respectfully requests this Honorable Court to change the due dates of both parties' Sentencing Documents to be due on May 3, 2021, and for both parties' responses to be due on May 7, 2021.

Respectfully submitted this 20th day of April, 2021.

SCABAVEA & ASSOCIATES, LLC

s/ Mark E. Scabavea
MARK EDWARD SCABAVEA
301 Sheridan Blvd.
Lakewood, Colorado 80226
Office: (707) 592-5571
markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on April 21, 2021, I electronically filed the foregoing Unopposed Motion for Leave to Change Due Dates for Defendant's and Government's Sentencing Statements with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                                s/ Mark E. Scabavea
                                                MARK EDWARD SCABAVEA
                                                301 Sheridan Blvd.
                                                Lakewood, Colorado 80226
                                                Office: (707) 592-5571
                                                markscabavea@icloud.com