**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00098-CMA-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LEONARD LUTON,

    Defendant.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Leonard Luton, Defendant, in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the order of Judgement in a Criminal Case [Doc. No. 151] entered in this action on the 10th day of August, 2021.

Dated this 11th day of August, 2021.

    Respectfully Submitted,

    **SCABAVEA & ASSOCIATES, LLC**

    <u>s/ Mark E. Scabavea</u>
    MARK EDWARD SCABAVEA
    301 Sheridan Blvd.
    Lakewood, Colorado 80226
    Office: (707) 592-5571
    markscabavea@icloud.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on August 11, 2021, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system and/or electronic mail, which will send electronic notification to all the parties.

Martha Ann Paluch
martha.paluch@usdoj.com

                                     s/ Mark E. Scabavea
                                     MARK EDWARD SCABAVEA
                                     301 Sheridan Blvd.
                                     Lakewood, Colorado 80226
                                     Office: (707) 592-5571
                                     markscabavea@icloud.com