UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert  
Clerk of Court

Jane K. Castro  
Chief Deputy Clerk

August 11, 2021

Mr. Mark Edward Scabavea  
Scabavea & Associates  
301 Sheridan Boulevard  
Lakewood, CO 80226

RE: **21-1285, United States v. Luton**  
Dist/Ag docket: 1:19-CR-00098-CMA-1

Dear Counsel/Appellant:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.
- **Please note:** A defendant-appellant's trial counsel in criminal and post-conviction cases **must** perfect the appeal before seeking to withdraw. This is the case even if counsel did not file the notice of appeal. Perfecting the appeal requires filing, at a minimum, an entry of appearance and a docketing statement. 10th Cir. R. 46.3(A).

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance.

**Within 30 days** from the date of this letter, Appellant must **pay the $505.00 filing and docketing fees** or file an application for leave to proceed *in forma pauperis* on appeal in the district court. Fed. R. App. P. 3(e) and 10th Cir. R. 3.3(B).

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements of appeals filed in this court.

Please contact this office if you have questions.

          Sincerely,

          Christopher M. Wolpert
          Clerk of Court


cc:    Martha A. Paluch
       Sarah Weiss
       Elizabeth Jane Young


CMW/at