```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX100419
Cashier ID: cp
Transaction Date: 09/14/2021
Payer Name: Mark E. Scabavea
------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Leonard Luton
 Case/Party: D-COX-1-19-CR-000098-00A
 Amount:          $505.00
------------------------------
CREDIT CARD
 Amt Tendered:   $505.00
------------------------------
Total Due:       $505.00
Total Tendered:  $505.00
Change Amt:      $0.00

Appeal Fee
19-cr-98-CMA-1

A fee of $53.00 will be assessed on
any returned check.
```

COURTS/USDC-CO
901 19TH ST STE 105A
DENVER, CO 80294
(303) 335-2053
3033352526

## SALE

MID: 000025547489
TID: 003              REF#: 00005897
Bank ID: 1396
Batch #: 257001       RRN: 200100002
09/14/21                    15:22:12
AVS: Z                      CVC: M
APPR CODE: 032627
VISA                     Manual CP
************9195              **/**

**AMOUNT        $505.00**

APPROVED

CUSTOMER COPY