IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-00098-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RAJAY DOBSON,

    Defendant.

## ENTRY OF APPEARANCE

    Attorney Richard N. Stuckey respectfully enters his appearance for Defendant Rajay Dobson in this action, having been appointed under the Criminal Justice Act to represent him in this case.

Dated: November 9, 2021.

s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
7761 Shaffer Parkway Suite 105
Littleton, CO  80127
303-847-4958 (no fax)
Email: dick@richardstuckeylaw.com
Attorney for Defendant Rajay Dobson

## CERTIFICATE OF SERVICE

      I hereby certify that on November 9, 2021, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

      s/Richard N. Stuckey
      Richard N. Stuckey, Attorney at Law, PC
      7761 Shaffer Parkway Suite 105
      Littleton, CO 8020127
      Office Phone: 303-847-4958
      E-mail dick@richardstuckeylaw.com
      Attorney for Defendant Rajay Dobson