AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2021 NOV 15 PM 1:21

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | |
| | ) | Case No.  19-mj-00136-MEH |
| RAJAY DOBSON | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

TO:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   **X** Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1349, Attempt and Conspiracy to Commit Mail Fraud (18 U.S.C. 1341)


Date: 06/06/2019

City and state:   Denver, CO

*Issuing officer's signature*

Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/6/19, and the person was arrested on *(date)* 11/2/21
at *(city and state)* ~~Fort~~ Denver CO.

Date: 11/2/21

*Arresting officer's signature*

F.B.I. SS DEO/USMS
*Printed name and title*