**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**


Criminal Action No. 19-00098-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

2.  RAJAY DOBSON,

      Defendant.

_____

**MOTION FOR ENDS OF JUSTICE CONTINUANCE OF TRIAL DATE**
_____

      Defendant Rajay Dobson, by his attorney Richard N. Stuckey respectfully moves this Court for an Order continuing the present trial date of January 10, 2022, for the following reasons:

      1.   The government has turned over to the defense voluminous discovery records, many of which relate to the trial of the co-defendant in this case Leonard Luton, and which will of necessity relate to a trial of Defendant Dobson,  as follows:

      A.  4.6 GB of PDF/native file discovery (from Eclipse), from which the government has printed and disclosed 650 pages of hard copy documents.

      B.  4.83 GB of native Google records for [fass2rass@gmail.com](mailto:fass2rass@gmail.com).

      C.  Approximately 100 GB of phone extraction data obtained from cell phones belonging to Leonard Luton and Stacy Byfield.

D.  Approximately 6.5 GB of phone extraction data obtained from a cell phone belonging to ZM..

E.  Approximately 7.5 GB of phone extraction data obtained from a cell phone belonging to SP.

2.   Defense counsel and his investigator have just begun review and organization of these materials, and as Defendant Dobson is housed at the GEO faciliity in Aurora, Colorado, many conferences there, with him, will become necessary.  Counsel has also been able to download and print the many relevant transcripts and pleadings from the Luton trial, and earlier Luton proceedings, all of which also relate to Defendant Dobson.

3.  An ends of justice continuance is sought under 18 U.S.C. § 3161(h) (7) (A) and (B) (i) and (iv)  for the purpose of finalizing defense review of this voluminous discovery.   A failure to grant an ends of justice continuation "would be likely to make a continuation of the proceeding impossible, or [would likely] result in a miscarriage of justice."  18 U.S.C. § 3161(h) (7) (B) (i).  Additionally, a failure to grant such a continuance "would deny counsel for the defendant [and] the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h) (7) (B) (iv).

4.   Defense counsel and government counsel are continuing to discuss and confer regarding the case, and the past trial of the co-defendant, in order to diligently and efficiently settle any and all discovery issues, and other issues which may arise in the case.  This continuance is respectfully sought

in order for counsel to adequately prepare for a possible trial, or possibly a disposition, of the case.

Therefore, counsel respectfully asks the Court to exclude 90 days from the speedy trial calculation for trial under 18 U.S.C. § 3161(h)(7)(A), by finding that the ends of justice served by granting this request outweigh the best interests of the defendant and the public in a speedy trial.

Counsel would also respectfully ask the Court to continue the motions deadline date of December 6, 20212, and the Pretrial Conference date of January 5, 2022.

Undersigned counsel has conferred with Assistant U.S. Attorney Martha Paluch.  Ms. Paluch states she has no objection to the instant motion.

Dated: November 23, 2021.          s/ Richard N. Stuckey
                                   Richard N. Stuckey, Attorney at Law
                                   761 Shaffer Parkway Suite 105
                                   Littleton, CO  80127
                                   303-847-4958 (no fax)
                                   Email: dick@richardstuckeylaw.com
                                   Attorney for Defendant Rajay Dobson

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on November 23, 2021, I electronically filed the foregoing Motion for Continuance  with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

                    s/Richard N. Stuckey
                    Richard N. Stuckey, Attorney at Law, PC
                    7761 Shaffer Parkway Suite 105
                    Littleton, CO 8020127
                    Office Phone: 303-847-4958
                    E-mail dick@richardstuckeylaw.com
                    Attorney for Defendant Rajay Dobson