IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 19-cr-00098-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. RAJAY DOBSON,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

This matter is before the Court on Defendant Dobson's Motion for Ends of Justice Continuance of Trial Date (Doc. # 176).  The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

1. There is a voluminous amount of discovery in this case.
2. Counsel needs more time to review discovery and review the discovery with the Defendant.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the Motion outweigh the best interests of the public and the Defendant in a speedy trial.  It is, therefore,

ORDERED that Defendant Dobson's Motion for Ends of Justice Continuance of Trial Date (Doc. # 176) is GRANTED and the Court hereby grants an ends of justice

continuance in this case of **90 days**, which shall be excluded from the speedy trial clock, which currently stands at **January 25, 2022**. It is

FURTHER ORDERED that pretrial motions are due by **March 14, 2022**. Responses due by **March 28, 2022**. If counsel believes that an evidentiary hearing on the pretrial motions is necessary, a separate Motion for Evidentiary Hearing shall be filed at the same time the pretrial motions are filed. No later than three days after the filing of the Motion for Evidentiary Hearing, both counsel for the Defendant and counsel for the Government shall confer and e-mail Chambers at [arguello_chambers@cod.uscourts.gov](mailto:arguello_chambers@cod.uscourts.gov) to set such a hearing.

FURTHER ORDERED that the Final Trial Preparation Conference set for **January 5, 2022** is VACATED and RESET to **April 14, 2022, at 3:00 PM**. This Hearing will be held via VTC. Counsel are directed to contact my Chambers via email ([arguello_chambers@cod.uscourts.gov](mailto:arguello_chambers@cod.uscourts.gov)) not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone It is

FURTHER ORDERED **that five-day** jury trial set to begin on **January 10, 2022** is VACATED and RESET to **April 25, 2022 AM**.

DATED: November 29, 2021

BY THE COURT:

*Christine M. Arguello*
CHRISTINE M. ARGUELLO
United States District Judge