**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Criminal Action No. 19-CR-00098-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RAJAY DOBSON,

    Defendant.

---

## Notice of Disposition

---

    Defendant Rajay Dobson, through his attorney Richard N. Stuckey, respectfully notifies the Court that he has reached a plea agreement with the government and asks that the Court set this matter for a Change of Plea hearing.

Dated: January 28, 2022.

    s/ Richard N. Stuckey
    Richard N. Stuckey, Attorney at Law
    7761 Shaffer Parkway Suite 105
    Littleton, CO  80127
    303-847-4958 (no fax)
    Email: dick@richardstuckeylaw.com
    Attorney for Defendant Rajay Dobson

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on January 28, 2022, I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

              s/Richard N. Stuckey
              Richard N. Stuckey, Attorney at Law, PC
              7761 Shaffer Parkway Suite 105
              Littleton, CO 8020127
              Office Phone: 303-847-4958
              E-mail dick@richardstuckeylaw.com
              Attorney for Defendant Rajay Dobson