IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-00098-CMA-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.     RAJAY DOBSON,

       Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE FOR A PERSONAL MONEY JUDGMENT
AGAINST DEFENDANT RAJAY DOBSON**

_____

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture for a Personal Money Judgment Against Defendant Rajay Dobson pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2 (Doc. # 189).  The Court having read said Motion and being fully advised in the premises finds that:

- on July 10, 2019, the grand jury charged defendant Rajay Dobson by Superseding Indictment in Counts One through Ten with violations of 18 U.S.C. §§ 1349, 1341, and 2. The Superseding Indictment also sought forfeiture in the form of a personal money judgment against defendant Rajay Dobson, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in the amount of proceeds obtained as a result of the scheme; and

- on March 24, 2022, defendant Rajay Dobson entered into a Plea Agreement, through which he pleaded guilty to Count One, a violation of 18 U.S.C. § 1349,

which provides a factual basis and cause to issue a forfeiture order under 18

U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) for a personal money judgment in

an amount to be determined by the Court at the Sentencing Hearing.

Therefore, it is ORDERED that:

- an as yet undetermined amount is subject to forfeiture as proceeds obtained by

  defendant Rajay Dobson through commission of the offenses in Count One to

  which he has pleaded guilty;

- a Preliminary Order of Forfeiture for a Personal Money Judgment Against

  Defendant Rajay Dobson shall be entered in accordance with 18 U.S.C. §

  981(a)(1)(C) and 28 U.S.C. § 2461(c) in an amount to be determined by the

  Court;

- pursuant to Fed. R. Crim. P. 32.2(e)(1), this Preliminary Order of Forfeiture for a

  Personal Money Judgment Against Defendant Rajay Dobson shall be amended

  at the Sentencing Hearing after the Court determines the amount of proceeds

  obtained by defendant Rajay Dobson as a result of the violations for which he

  pleaded guilty;

- pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture for a

  Personal Money Judgment Against Defendant Rajay Dobson shall become final

  as to the defendant at the time of sentencing and shall be made part of the

  sentence and included in the judgment; and

- this Preliminary Order of Forfeiture for a Personal Money Judgment Against
  Defendant Rajay Dobson may be further amended pursuant to Fed. R. Crim. P.
  32.2(e)(1).

DATED:  June 6, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge