**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 19-cr-00098-CMA-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  RAJAY DOBSON,

    Defendant.

---

## MOTION TO RESTRICT

---

    Defendant Rajay Dobson, by and through his attorney Richard N. Stuckey, respectfully submits his Motion to Restrict Document No. 195 and 196 and any Order of the Court revealing the contents of those documents, and the brief filed in support of this motion, for the reasons stated in the brief in support. The Defendant requests a Level 2 restriction. Pursuant to D.C.COLO.LCrR 47.1(b), a Level 2 restriction would make the documents, any order revealing the contents of the docments, acceessible to only the parties and the Court. In addition, this Courts order under CMA Crim. Practice Standard 11(c)(3) states "Sentence related filings are not tp be filed under seal unless counsel is able to provide a compelling reason for sealing the filing." It is respectfully submitted that compelling reasons for the restriction are stated in the motion in support

thereof.

Respectfully submitted this 9th day of June 2022.

        s/Richard N Stuckcey
        Richard N. Stuckey, Attorney
        7761 Shaffer Parkway, Suite 105
        Littleton, Colorado 80127
        Telephone: 303-847-4958
        Email: dick@richardstuckeylaw.com
        Attorney for Defendant Rajay Dobson

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2022, I electronically filed the foregoing Motion to Restrict with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

        s/Richard N. Stuckey
        Richard N. Stuckey, Attorney
        7761 Shaffer Parkway, Suite 105
        Littleton, Colorado 80127
        Telephone: 303-847-4958
        Email: dick@richardstuckeylaw.com
        Attorney for Defendant Rjay Dobson

.

\\       .