IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  19-cr-00098-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

2. RAJAY DOBSON,

     Defendant.

---

### GOVERNMENT'S MOTION TO DISMISS COUNTS WITH PREJUDICE

---

The United States of America, by and through Martha A. Paluch, Assistant United States Attorney, hereby respectfully moves the Court, after having accepted Defendant Rajay Dobson's plea of guilty to Count 1 of the Indictment and pursuant to the terms of the plea agreement in this case, to dismiss with prejudice Counts 2 through 10 of the Superseding Indictment with respect to Defendant Rajay Dobson only at the time of sentencing.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Martha A. Paluch*
Martha A. Paluch
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: Martha.Paluch@usdoj.gov
Attorney for the United States

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system that will send notification of such filing to all parties of record.

<u>s/Stephanie Price</u>
STEPHANIE PRICE
Legal Assistant