**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 21 2022

JEFFREY P. COLWELL
   CLERK

Byron G. Rogers U.S. Courthouse
1929 Stout Street, Suite C-120
Denver, CO 80294-0101

To: Honorable Christine M. Arguello

I am writing you this letter with remorse in my heart and to let you know how sorry i am for what i have done and because i understand how the finacial toll on the victim has caused great pain ,,, i take full responsibilty for what i have done and if i knew the impact on victim and my family for what i was doin i would never have gotten my self involed in this offence ,,, its just i was seeing it as a potential to make some money to change the life of my kids and dont let them grow up the way i did in poverty ,,, that blind me from considering the full wieght of the situation ,,, as i sit here today i wish hope and pray i will have the chance to pay her back for my part cause i cant imagine if it was my mom that someone did this to her ,,, and i believe in karma and i want to make this right i dont know if i will be able to but i will deffinatley try to ,,, theank you for your considerations in this case ,,,,

Name Rajan Dobson
Booking # W 210 623
Washington Co Justice Center
26861 Hwy 34
Akron, CO 80720

NOTICE!
This correspondence from an institution The Washington County Sheriff's Office It's contents are uncensored.

To: Honorable Christine M. Arguello
Byron G. Rogers U.S. Courthouse
1929 Stout St
Denver CO 80294-0101